JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MAREUS ST. HILAIRE,

               Petitioner,

     v.

BRYAN BIRKHOLZ,

             Respondent.

Case No. 2:23-cv-00395-ODW-MAA

**JUDGMENT**

    Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:  August 30, 2023

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE